# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00855-CV

**Sonji McDowell, Appellant**

**v.**

**Joseph F. Valentine, Jr. and Terri Wallis, Appellees**

### FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY
### NO. C-1-PB-18-001730, THE HONORABLE GUY S. HERMAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Sonji McDowell has filed an unopposed motion to dismiss this appeal.

We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

Edward Smith, Justice

Before Justices Goodwin, Kelly, and Smith

Dismissed on Appellant's Motion

Filed: February 4, 2020